An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RANDEL TORRES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JENNIFER P. TOGLIATTI, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 69325

**FILED**

DEC 09 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus or prohibition challenging the district court's evidentiary rulings in competency proceedings in a criminal case. Specifically, petitioner requests that this court direct the district court to consider the conclusions of two defense-retained experts in determining his competency to participate in the criminal proceedings pending against him. Petitioner also requests a stay of the district court proceedings while this petition is pending.

Having reviewed the petition and the accompanying documentation, we conclude that this court's intervention by way of extraordinary writ is not warranted because petitioner has a plain, speedy, and adequate remedy at law by way of an appeal from any judgment of conviction, and petitioner has failed to demonstrate that our

SUPREME COURT
OF
NEVADA

(O) 1947A

15-37592

invention is otherwise warranted. *See* NRS 34.170; NRS 34.330, *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jennifer P. Togliatti, District Judge
Special Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]We also deny as moot petitioner's motion to stay the proceedings below while this court considers the petition.